UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff(s), | ORDER |
| v. | |
| MARK JOSEPH BRUNO, | |
| Defendant(s). | |
| _____/ | |

The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their program, the defendant shall be released to a member of the residential drug treatment program on May 10, 2011.

**IT IS SO ORDERED.**

Dated: May 9, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C FIELD(3)

UNITED STATES DISTRICT COURT
For the Northern District of California

1

2

3

4

5

6

7

8            UNITED STATES  DISTRICT COURT

9              Northern District of California

10                   Oakland Division

11   UNITED STATES OF AMERICA,                    No. CR 11-0291 SBA

12                Plaintiff(s),              ORDER

          v.
13
     MARK JOSEPH BRUNO,
14
                Defendant(s).
15   _____/

16

17        The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional

18   Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their

19   program, the defendant shall be released to a member of the residential drug treatment program on

20   May 10, 2011.

21

22        **IT IS SO ORDERED.**

23   Dated: May 9, 2011

24                                    _____
                                      LAUREL BEELER
25                                    United States Magistrate Judge

26

27

28

C FIELD(3)

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES  DISTRICT COURT
9            Northern District of California
10                  Oakland Division
11   UNITED STATES OF AMERICA,              No. CR 11-0291 SBA
12              Plaintiff(s),              ORDER
          v.
13
     MARK JOSEPH BRUNO,
14
             Defendant(s).
15   _____/
16
17       The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional
18   Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their
19   program, the defendant shall be released to a member of the residential drug treatment program on
20   May 10, 2011.
21
22       **IT IS SO ORDERED.**
23   Dated: May 9, 2011
24                                    _____
                                     LAUREL BEELER
25                                   United States Magistrate Judge
26
27
28

C FIELD(3)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

UNITED STATES OF AMERICA,

               Plaintiff(s),

   v.

MARK JOSEPH BRUNO,

               Defendant(s).

_____/

No. CR 11-0291 SBA

ORDER

     The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their program, the defendant shall be released to a member of the residential drug treatment program on May 10, 2011.

**IT IS SO ORDERED.**

Dated: May 9, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C FIELD(3)

1
2
3
4
5
6
7
8                      UNITED STATES  DISTRICT COURT
9                        Northern District of California
10                             Oakland Division
11   UNITED STATES OF AMERICA,                    No. CR 11-0291 SBA
12                  Plaintiff(s),                 ORDER
             v.
13   MARK JOSEPH BRUNO,
14                  Defendant(s).
15   _____/
16
17          The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional
18   Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their
19   program, the defendant shall be released to a member of the residential drug treatment program on
20   May 10, 2011.
21
22          **IT IS SO ORDERED.**
23   Dated: May 9, 2011
24                                               _____
                                                 LAUREL BEELER
25                                               United States Magistrate Judge
26
27
28

C FIELD(3)

1

2

3

4

5

6

7

8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

Oakland Division

11

UNITED STATES OF AMERICA,                    No. CR 11-0291 SBA

12

                Plaintiff(s),                    ORDER

13

   v.

MARK JOSEPH BRUNO,

14

                Defendant(s).

15

_____/

16

17

      The defendant, Mark Joseph Bruno shall be rolled up and brought to the Oakland Divisional

18

Courthouse to be interviewed by Newbridge Facility on May 10, 2011. Upon acceptance into their

19

program, the defendant shall be released to a member of the residential drug treatment program on

20

May 10, 2011.

21

22

**IT IS SO ORDERED.**

23

Dated: May 9, 2011

24

_____

LAUREL BEELER
United States Magistrate Judge

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California