RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
MARK BRUNO

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 11-00291-SBA |
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE REAL PROPERTY POSTED FOR BAIL; TO DISCHARGE LIENS; AND TO TERMINATE CLIENT TRUST FUND ACCOUNT AND RETURN MONIES TO CLIENT |
| vs. | |
| MARK BRUNO, et al., | |
| Defendant | |
| _____/ | |

GOOD CAUSE SHOWN, based on the fact that Mark Bruno is in custody at the Federal Detention Center in Dublin,  IT IS HEREBY ORDERED that the bond is exonerated and the liens against the following properties are discharged:

1. 725 Masonic Street, Martinez, CA 94553

2. 486 Skyharbour Lane, Bay Point, CA 94565

3. 4118 Salem Court, Concord, CA 94521

///

///

///

///

///

1
2     Additionally, all of Mr. Bruno's financial assets which had been placed in a Client
3  Trust Account under counsel's name, shall be closed and returned to Mr. Bruno.
4
5  Date: July 27, 2011                              _____
                                                    LAUREL BEELER
6                                                   United States Magistrate Judge