RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:   (510) 272-0711

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 272-0711

Attorneys for Defendant
MARK BRUNO

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK BRUNO, et al.,<br><br>        Defendant<br>_____/ | CR. No. 11-00291-SBA<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SENTENCING**<br><br>_____ |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, co-counsel for defendant Mark Bruno and Assistant United States Attorney James Mann that sentencing in the above-captioned case that is presently set for March 29, 2012, be continued to May 4, 2012 at 10 a.m.  The reason for this continuance is the need to obtain Mr. Bruno's medical records.

///

///

1  United States Probation Officer Connie Cook has no objection to this continuance.

5  Date:   March 5, 2012

                                                                        /s/
RANDY SUE POLLOCK
Counsel for Defendant
Mark Bruno

Date:   March 5, 2012

                                                                          /s/
JAMES MANN
Assistant U.S. Attorney

SO ORDERED:

March 7, 2012

Saundra B. Armstrong
United States District Court Judge