RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
MARK BRUNO

## UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

—ooo—

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MARK BRUNO, et al.,

   Defendant

_____/

CR. No. 11-00291-SBA

**STIPULATION AND ~~PROPOSED~~ ORDER TO RELEASE DEFENDANT MARK BRUNO FORTHWITH FROM CUSTODY**

   IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Mark Bruno and Assistant United States Attorney James Mann that MARK BRUNO be released from custody at the Santa Rita Jail Infirmary FORTHWITH.  This change in the conditions of his release is based on his deteriorating medical condition following his recent eight day stay at Valley Medical Hospital where he was treated for gangrene.  The parties believe that defendant's deteriorating medical condition and need for immediate, acute medical care to avoid potential further amputation above his knee constitute "exceptional reasons" justifying release pursuant to 18 U.S.C. Section 3145©.

1    Counsel agree that Mr. Bruno's brother Richard Bruno shall be designated as his

2  custodian to pick Mr. Bruno up from Santa Rita and transfer him to Valley Medical

3  Hospital.  He shall also be responsible for any subsequent move to a skilled nursing or

4  rehabilitation facility.

5    Defense counsel will deposit all of Mr. Bruno's liquid financial assets into an

6  attorney trust account as was created when he was previously on bond.

7

8  Date:  April 16, 2012

9                                                          /s/
                                     RANDY SUE POLLOCK
                                     Counsel for Defendant
10                                    Mark Bruno

11

12 Date: April 16, 2012

                                                          /s/
13                                    JAMES MANN
                                     Assistant United States Attorney

14

15 SO ORDERED:

16 April _16_ , 2012

17                                    SAUNDRA B. ARMSTRONG

18

19

20

21

22

23

24

25

26

27

28