```
1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone:  (510) 763-9967
   Facsimile:   (510) 272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   MARK BRUNO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | CR. No. 11-00291-SBA |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING |
| MARK BRUNO, et al., | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Mark Bruno and Assistant United States Attorney James Mann that the sentencing that is presently set for July 31, 2012 at 10 a.m. be continued to October 9, 2012. This continuance is due to Mr. Bruno's recent hospitalizations and various medical tests that he is presently undergoing.

///
///
///
///
///
///

1  Probation Office Connie Cook has no objection to this continuance.

4  Date:  June 23, 2012                                     /s/
5                                                    RANDY SUE POLLOCK
                                                     MICHAEL STEPANIAN
                                                     Counsel for Defendant Mark Bruno

8  Date:  June 23, 2012                                     /s/
                                                     JAMES MANN
                                                     Assistant United States Attorney

11  **SO ORDERED**:

12  June  26 , 2012                            _Saundra B. Armstrong_
                                                     SAUNDRA B. ARMSTRONG
13                                                   United States District Court Judge

2