Daniel C. Murray (IL. Car No.: 1999524) *pro hac vice*
Johnson & Bell, Ltd.
Suite 2700
33 West Monroe Street
Chicago, IL 60603
Telephone: 312-372-0770

Diana L. Weiss (CSB#121150)
Law Office of Diana L. Weiss
1563 Solano Avenue Suite 223
Berkeley, California 94707
Telephone: 510-847-1012
Facsimile:  510-525-1321

**FILED**

AUG 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: CR11-00291SBA |
| Plaintiff, | STIPULATION RE: SUBSTITUTION OF COUNSEL; [~~Proposed~~] ORDER GRANTING SUBSTITUTION |
| v. | |
| MARK JOSEPH BRUNO | |
| Defendant | |

Pursuant to Local Criminal Rule 47-4, it is hereby stipulated that in the above-named proceedings, attorney Daniel C. Murray, appearing *pro hac vice*, and attorney Diana L. Weiss, serving as local counsel shall be substituted for attorneys Michael Stepanian and Randy Sue Pollock, as counsel for Mark Joseph Bruno.

SO STIPULATED.

Dated: August 8, 2012

/S/
MARK BRUNO, DEFENDANT


Dated: August 8, 2012

/S/
RANDY SUE POLLOCK

1  Dated: August 8, 2012

2                                                            /S/
                                                   MICHAEL STEPANIAN
3

4  Dated: August 8, 2012

5                                                            /S/
                                                   DANIEL MURRAY

6  Dated: August 8, 2012

7                                                            /S/
                                                   DIANA L. WEISS

8

9                                    ORDER

10    Upon Stipulation, counsel Randy Sue Pollock and Michael Stepanian are substituted by Daniel C. Murray, *pro hac vice*, and Diana L. Weiss, local counsel, as attorneys for Mark Joseph Bruno.

    SO ORDERED.

Dated: 8/10/12

                                                   *Saundra B. Armstrong*
                                                   Hon. Saundra Brown Armstrong
                                                   United States District Court Judge