1  Daniel C. Murray (IL. Car No.: 1999524) *pro hac vice*
   Johnson & Bell, Ltd.
2  Suite 2700
   33 West Monroe Street
3  Chicago, IL 60603
   Telephone: 312-372-0770
4

5  Diana L. Weiss (CSB#121150)
   Law Office of Diana L. Weiss
6  1563 Solano Avenue Suite 223
   Berkeley, California 94707
7  Telephone: 510-847-1012
   Facsimile:   510-525-1321
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND VENUE

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA ) | Case No: CR11-00291SBA |
| 13 | Plaintiff, ) ) | STIPULATION AND ORDER CONTINUING SENTENCING FROM |
| 14 | v. ) ) | OCTOBER 16, 2012 TO NOVEMBER 6, 2012 |
| 15 | MARK JOSEPH BRUNO ) ) | |
| 16 | Defendant ) ) | |

17    The parties in the above-captioned case, through their counsel of record, hereby

18 make the request to reschedule the date of Sentencing currently scheduled for October

19 16, 2012 at 10:00 a.m. to November 6, 2012 at 10:00 a.m..

20    Counsel for defendant Mark Bruno has recently been retained in this case and is

21 in the process of acquiring documents necessary to prepare for sentencing.

22 Specifically, Mr. Bruno has significant and specific medical issues that are relevant to

23 the factors considered at sentencing.  Counsel for Mr. Bruno have requested said

24 records but have not yet received them.  Additionally, Mr. Bruno is presently undergoing

25 medical testing for issues relating to his heart which will also be relevant to the issue of

26

*USA v. Mark Bruno* CR11-00291SBA
Stipulation and Proposed Order To Continue Sentencing

1  sentencing.

2  Assistant United States attorney, James Mann, the prosecutor in this matter, has
3  no objection to the requested continuance.    Moreover, Ms. Constance Cook, the
4  United States Probation Officer assigned to this matter has no objection to the
5  requested continuance.

6  Therefore the parties have mutually agreed, with this Court's approval, that the
7  Sentencing in this matter should be rescheduled to November 6, 2012, at 10:00 a.m..

8  SO STIPULATED.

9  Dated: September    , 2012

10                                              _____/s/_____
                                                JAMES MANN
11                                              Assistant United States Attorney

12
   Dated: September 10, 2012
13                                              _____/s/_____
                                                DAN MURRAY
14                                              Attorney for Defendant
                                                Mark Bruno
15
   Dated: September 10, 2012
16                                              _____**/s/**_____
                                                DIANA L. WEISS
17                                              Attorney for Defendant (local counsel)
                                                Mark Bruno
18

19                                **ORDER**

20  GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing
21  currently schedule for October 16, 2012 is rescheduled to November 6, 2012 at 10:00
22  a.m.

23  Dated:_9/10/12

24                                              _____
                                                HON. SAUNDRA B. ARMSTRONG
25                                              SENIOR UNITED STATES DISTRICT COURT JUDGE

26