1  Diana L. Weiss (CSB#121150)
   Law Office of Diana L. Weiss
2  1563 Solano Avenue Suite 223
   Berkeley, California 94707
3  Telephone: 510-847-1012
   Facsimile:  510-525-1321
4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                    OAKLAND VENUE

8  UNITED STATES OF AMERICA          ) Case No: CR11-00291SBA
                                     )
9                  Plaintiff,        ) STIPULATION AND ORDER
                                     ) CONTINUING SENTENCING FROM
10 v.                                ) NOVEMBER 27, 2012 TO DECEMBER 14,
                                     ) 2012
11 MARK JOSEPH BRUNO                 )
                                     )
12                 Defendant         )
   _____   )

13     The parties in the above-captioned case, through their counsel of record, hereby

14  make the request to reschedule the date of Sentencing currently scheduled for

15  November 27, 2012 at 10:00 a.m. to December 14, 2012 at 3:00 p.m..

16     Pro-Hac Vice Counsel for defendant Mark Bruno has recently filed a Motion to

17  Withdraw and local counsel, Diana L. Weiss, will be remaining as attorney of record.

18  Ms. Weiss is now solely responsible for all issues related to sentencing.  Ms. Weiss will

19  be out of district on a preplanned fully paid for vacation from November 16 through

20  November 25, 2012 and will be unable to draft and file the necessary sentencing

21  documents prior to the November 27, 2012 presently scheduled hearing date.

22     Assistant United States attorney, James Mann, the prosecutor in this matter, has

23  no objection to the requested continuance.    Moreover, Ms. Constance Cook, the

24  United States Probation Officer assigned to this matter has no objection to the

25  requested continuance.

26

*USA v. Mark Bruno*  CR11-00291SBA
Stipulation and Proposed Order To Continue Sentencing

1    Therefore the parties have mutually agreed, with this Court's approval, that the

2    Sentencing in this matter should be rescheduled to December 14, 2012, at 3:00 p.m..

3    SO STIPULATED.

4    Dated: November 14, 2012

5                                          _____/S/_____

6                                          JAMES MANN
                                           Assistant United States Attorney

7    Dated: November 14, 2012

                                           _____/S/_____

8                                          DIANA L. WEISS
                                           Attorney for Defendant Mark Bruno

9

10                                  **ORDER**

11    GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing

12    currently schedule for November 27, 2012 is rescheduled to December 14, 2012 at 3:00

13    p.m.

14    Dated:_11/14/12

15    _____Saundra B Armstrong_____

16    HON. SAUNDRA B. ARMSTRONG
      SENIOR UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26