UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: CR11-00291SBA |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE VOLUNTARY |
| ) | SURRENDER DATE TO FEBRUARY 12, |
| v. ) | 2013 |
| ) | |
| MARK JOSEPH BRUNO ) | |
| ) | |
| Defendant ) | |

WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Mark Joseph Bruno shall surrender to the institution designated by the United States Bureau of Prisons on February 12, 2013 at or before 2:00 p.m..

IT IS FURTHER ORDERED THAT the surrender date of February 1, 2013 is vacated.

SO ORDERED.

12/20/12

_Saundra B Armstrong_
Hon. SAUNDRA BROWN ARMSTRONG
Senior United States District Court Judge

*USA v. Mark Bruno*  CR11-00291SBA
[Proposed] Order To Continue Voluntary Surrender Date